UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>Vs.<br><br>Maria Elena DAVIDSON,<br>Defendant.<br><br>YOB: 1981<br>United States Citizen | Date of Arrest: December 8, 2014<br><br>Magistrate's Case No. 14-2068 MJ<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>Count One<br><br>21 U.S.C. § 841(a)(1), Possession of a Controlled Substance with Intent to Distribute<br>Count Two |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about December 8, 2014, at San Luis, Arizona, within the District of Arizona, the defendant, Maria Elena DAVIDSON, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a) and (b)(3).

COUNT TWO

On or about December 8, 2014, at or near San Luis, Arizona, within the District of Arizona, the defendant, Maria Elena DAVIDSON, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Louis C. Uhl
*John Ballos for*
*Louis C. Uhl*

_____
Jarrett Douglass
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, December 9, 2014, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
Vs.

Maria Elena DAVIDSON

**STATEMENT OF FACTS**

I, Jarrett Douglass, being duly sworn do state the following:

On December 8, 2014, at approximately 1315 hours, in the District of Arizona, Maria Elena DAVIDSON, a United States citizen, presented herself for inspection and entry into the United States through the San Luis, Arizona, Port of Entry. DAVIDSON was the driver and sole occupant of a white, 2015 Chrysler 200 bearing Arizona license plate BDS9597, registered in her own name. DAVIDSON and her vehicle were referred to the secondary vehicle inspection area for further inspection and examination.

During secondary inspection of the vehicle, a Narcotics Detection Dog (NDD) positively alerted to both rear quarter panels of the vehicle. Two black taped packages were subsequently discovered by Port Officers. There was one package on each side of the trunk, concealed in natural voids in the quarter panels behind the carpet of the trunk.

The packages weighed a total of approximately 1.2 kilograms (2.7 pounds) and field-tested positive for the presence of methamphetamine.

_____
Jarrett Douglass
Special Agent – Homeland Security Investigations

Sworn to before me and subscribed in my presence, December 9, 2014, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge